

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2019

**BY CM/ECF**

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  *United States v. Tiffany Days*, 19 Cr. 619 (CM)

Dear Chief Judge McMahon:

     With the consent of defense counsel in the above-referenced matter, the Government respectfully requests a 30-day adjournment of the status conference currently scheduled for December 3, 2019, at 3:15 p.m.  The parties expect this matter to be resolved through a pretrial disposition, and the requested adjournment will enable the parties to continue their discussions concerning such a disposition.  The Government also respectfully requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between December 3, 2019 and the date of the next status conference.

               Very truly yours,

               GEOFFREY S. BERMAN
               United States Attorney

         by: _____s/ Nicholas W. Chiuchiolo_____
               Nicholas W. Chiuchiolo
               Assistant United States Attorney
               (212) 637-1247

cc:  Xavier Donaldson (by ECF)