```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA
```

          v.                                          19-CR-619 (CM)

**<u>ORDER</u>**

TIFFANY DAYS,

                       Defendant.

```
---------------------------------------------------------X
```

McMahon, C.J.:

      The Court will hold a telephone conference this afternoon, April 6, 2020, at 3:30 p.m., on Defendant's pending motion to be release on bail conditions.

      To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public and press are welcomed to dial in as well.

April 6, 2020

                                                  Colleen McMahon
                                                  Chief Judge