UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

               v.

TIFFANY DAYS,

               Defendant.
-----------------------------------------------------------X

19 CR 619 (CM)

**ORDER**

McMahon, C.J.:

      The Court will conduct a change-of-plea proceeding in this matter Monday, July 27, 2020, at 12:00 p.m., *via* teleconference. This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone, but will not be allowed to speak. The call-in number for the parties and the public is 888-363-4749; the access number to be entered when prompted is 9054506.

July 23, 2020

Colleen McMahon
Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2020