UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

           v.                                                          19 CR 619 (CM)

**<u>ORDER</u>**

TIFFANY DAYS,

           Defendant.
----------------------------------------------------------X

McMahon, J.:

The Court will hold a remote status conference on Thursday, April 29, 2021, at 11:00 a.m., *via* the CourtCall video conference platform. The parties have received an email with the CourtCall link and instructions on how to participate.

This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone, but will not be allowed to speak. The public call-in number is 855-268-7844; the access number to be entered when prompted is 67812309#; and the PIN number is 9921299#. Recording the proceedings is prohibited by law.

April 26, 2021

                                                            Colleen McMahon
                                                            Chief Judge